**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6796**

---

WALLACE SPENCER DAVIS,

Plaintiff - Appellant,

versus

MEMBERS, Virginia Department of Corrections;
RON ANGELONE; GENE JOHNSON, Department Direc-
tor, Virginia Department of Corrections; DEP-
UTY DIRECTOR, Security, Virginia Department
of Corrections; DEPUTY DIRECTOR, Treatment,
Virginia Department of Corrections,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-13-R)

---

Submitted:  March 13, 1997          Decided:  March 18, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Wallace Spencer Davis, Appellant Pro Se.  Mark Ralph Davis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his previous notice of appeal as moot, denying his motion for relief from the court's order denying his motions for default, and granting his motion to resume active consideration of his case. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2